IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03013-TPO

GERISUE HANCOCK,
Individually and on behalf of all others similarly situated,

    Plaintiff,

v.

UNITED FOOD AND COMMERCIAL WORKERS UNION,
LOCAL NO. 7R,

    Defendant.

---

## MINUTE ORDER
---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on October 28, 2025.**

    Plaintiff's stipulation of dismissal is self-effectuating under Fed. R. Civ. P. 41(a)(1)(A)(i). [ECF 6] Accordingly, this matter was dismissed without prejudice as of filing.

    The Motion to Consolidate Cases and Appoint Interim Co-Lead Class Counsel [ECF 5] is now **moot**. The Clerk of Court is directed to close the case.